Mitchell J. Langberg, Esq., Nevada Bar No. 10118
Laura E. Bielinski, Esq., Nevada Bar No. 10516
Joanna M. Myers, Esq., Nevada Bar No. 12048
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
mlangberg@bhfs.com
lbielinski@bhfs.com
jmyers@bhfs.com
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135
*Attorneys for Wynn Las Vegas, LLC
d/b/a Wynn Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN LAS VEGAS LLC d/b/a WYNN LAS VEGAS, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GGW DIRECT, LLC, a Delaware limited liability company; GGW BRANDS, LLC, a Delaware limited liability company; GGW EVENTS, LLC, a Delaware limited liability company; MANTRA FILMS, INC., a suspended Oklahoma corporation; BLUE HORSE TRADING, LLC, a California limited liability company; PEPE BUS, LLC, an inactive Montana limited liability company; SANDS MEDIA, INC., a revoked Nevada domestic corporation; JOSEPH R. FRANCIS, an individual, DAVID R. HOUSTON, an individual; and DAVID R. HOUSTON, LTD., a Nevada professional corporation, doing business as THE LAW OFFICE OF DAVID R. HOUSTON,<br><br>Defendants. | Case No. 2:12-CV-02066-JCM-PAL<br><br>**ORDER GRANTING WYNN LAS VEGAS, LLC'S EMERGENCY MOTION TO REMAND** |

021658\0178\1773708.1                              1

1. Plaintiff Wynn Las Vegas, LLC's ("Wynn") Emergency Motion to Remand came on for hearing on December 13, 2012. Having considered the Emergency Motion to Remand and supporting papers, Defendants GGW Direct, LLC, GGW Brands, LLC, and GGW Events, LLC's (collectively, "Defendants") Notice of Removal and supporting papers, the Supplemental Declaration of Joseph Francis in Support of Removal, the pleadings and papers on file herein, and the arguments of counsel, and good cause appearing therefor:

THE COURT HEREBY FINDS THAT:

1. Defendants' Notice of Removal was untimely under 28 U.S.C. § 1446. Defendants' factual basis for removal is predicated primarily on the supporting declarations of Defendant Joseph R. Francis ("Francis"). Francis' declarations state that Francis only recently discovered the facts that allegedly make this case removable—specifically that he only discovered in November 2012 that Defendant Sands Media, Inc. ("Sands") had no assets and had not been in business since 2009.

However, Mr. Francis' testimony is not credible in light of his prior sworn testimony in another action. Specifically, in a judgment debtor's exam taken in August 2011, Mr. Francis testified: (1) that he knew Sands was not an ongoing business, that it was closed down and that nobody had assumed Sands' business; and (2) when asked if Sands had more liabilities than the value associated with the company, he testified, "[b]ut there would be just liabilities, a lot of them I believe . . . ."  Francis' prior and current testimony cannot be reconciled, and the Court finds that Francis first ascertained the facts giving rise to Defendants' Notice of Removal in August 2011, long before Wynn filed this action in April 2012.

2. Because the Court finds that Defendants' Notice of Removal was untimely, it need not reach the parties' arguments on whether the Court should disregard Defendants David R. Houston, David R. Houston, Ltd. and Sands' citizenship for purposes of its removal analysis.

///

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Wynn's Emergency Motion to Remand is GRANTED;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this action is HEREBY REMANDED to the Eighth Judicial District Court, Clark County, Nevada, Department XI.

ENTERED December 14, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

| RESPECTFULLY SUBMITTED BY:<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>By: /s/ Laura E. Bielinski<br>Mitchell J. Langberg, Esq., No. 10118<br>Laura E. Bielinski, Esq., No. 10516<br>Joanna M. Myers, Esq., No. 12048<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Wynn Las Vegas, LLC d/b/a Wynn Las Vegas* | APPROVED AS TO FORM AND CONTENT BY:<br>PARKER SCHEER LAGOMARSINO LLP<br><br>By: /s/ Jacob G. Leavitt<br>Andre M. Lagomarsino, Esq., No. 6711<br>Jacob G. Leavitt, Esq., No. 12608<br>9555 South Eastern Avenue, Suite 210<br>Las Vegas, Nevada 89123<br>*Counsel for Defendant Joseph R. Francis*<br><br>DAVID OTTO & AFFILIATES, PC<br><br>By: /s/ David J. Otto<br>David J. Otto, Esq., No. 5449<br>2300 West Sahara Ave., Suite 800<br>Las Vegas, NV 89102<br>*Attorney for Defendants GGW Direct, LLC, GGW Brands, LLC and GGW Events, LLC* |
|---|---|

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

021658\0178\1773708.1

3